**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7454**

SAMUEL BURT,

                    Plaintiff – Appellant,

          v.

WANDA CARTER HALE,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Solomon Blatt, Jr., Senior District Judge. (3:09-cv-03343-SB)

Submitted: March 15, 2012          Decided: March 19, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel Burt, Appellant Pro Se. William Henry Davidson, II, Daniel C. Plyler, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina; Kristy Markay Grafton, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Burt appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Burt v. Hale</u>, No. 3:09-cv-03343-SB (D.S.C. Sept. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>